IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        : Chapter 13

Kathleen  Keno             : Case No. 16-14357
xxx-xx-8324

        Debtor


AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

    The future earnings of the above named debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

    IT IS THEREFORE ORDERED that the employer of the debtor shall
deduct from the wages of the debtor, beginning with the next pay
period after receipt of the Order the sum of
                $332.50 EVERY TWO WEEKS.

    The employer shall continue these deductions until further Order
of this Court and shall remit all monies withheld from the Debtor's
wages at least monthly, or more frequently to the Standing Trustee whose
name and address appear below

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

DATED: **December 19, 2016**

Make checks payable to:
William C. Miller, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

Payroll Controller
City of Philadelphia
2840 W. Dauphin Street
Philadelphia, PA

David M. Offen Esq.
Suite 160 West, Curtis Ctr.
Philadelphia, PA 19106
(215) 625-9600