

## IN THE UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

In RE:  In Proceedings Under

16-14357

## Debtor(s)

Kathleen Keno

## WITHDRAWAL OF CLAIM

Please withdraw court claim number(s) #3 in the amount of $2,870.20 .

/s/ LeoAnn Shannon

Claim Processor

## Creditor Name & Address

LVNV Funding LLC

c/o Resurgent Capital Services

PO Box 10587

Greenville, SC 29603-0587

Dated:  December 21, 2016

*55 Beattie Place, Ste 110, MS 127 | Greenville, South Carolina 29601 | Telephone: 864-248-8866*