```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


              IN RE:              :    CHAPTER 13
                                  :
              Kathleen Keno       :    No. 16-14357-amc
                    Debtor
```

CERTIFICATE  OF  SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Modify Plan After Confirmation was served on May 29, 2018 on the Chapter 13 Standing Trustee, William C. Miller, by electronic mail, and upon the following secured creditors by first class mail and all unsecured creditors:

Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se
PO Box 19657
Irvine CA 92623-9657

PGW
Credit and Collections Department
800 W. Montgomery Avenue, 3rd Floor
Philadelphia, PA 19122

LVNV Funding, LLC its successors and assigns as
assignee of Soaring Capital, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSY
PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT
BANKRUPTCY GROUP, MSB
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
PHILADELPHIA, PA 19102-1595

```
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Internal Revenue Service
Attn: Special Procedures
6th & Arch Street
Philadelphia, PA 19106
```

                                              /s/ David M. Offen
                                              David M. Offen
                                              Attorney for Debtor
                                              Suite 160 West, Curtis Ctr.
                                              601 Walnut Street
                                              Philadelphia, PA 19106
Dated: 5/29/18                          215-625-9600