**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re    Kathleen Keno    )    Chapter 13 | |
| Debtor    ) | |
| )    No. 16-14357-amc | |
| ) | |
| ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.


/s/David M. Offen
David M. Offen
Attorney for Debtor