IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Kathleen Keno | : | No. 16-14357-amc |
| Debtor | | |

## O R D E R

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $16,562.50 has been paid to the Trustee and the Debtor shall pay $275.00 per month for 34 months for a total base amount of $25,912.50 and the Modified Plan on the docket August 28, 2018 as Exhibit "B" shall be the new plan.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire