IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    CHAPTER 13
                                      :
Kathleen Keno                         :    No. 16-14357-amc
    Debtor

O R D E R

AND NOW, this __28th__ day of __August__, 2018, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $14,235.00 has been paid to the Trustee and the Debtor shall pay $200.00 per month for 36 months for a total base amount of $21,435.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire