```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                      :      CHAPTER 13

     Kathleen Keno               :      No. 16-14357-AMC
```

**PRAECIPE  TO AMEND**

Pursuant to the above-captioned matter, kindly withdraw the Application and attached Order to Discontinue Wage Deduction.

```
                              /s/ David M. Offen
                              David M. Offen, Esquire
                              Curtis Center, 1st Fl., Ste. 160 W
                              601 Walnut Street
                              Philadelphia, PA  19106
```

Dated: 08/30/18