IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                                    : Chapter 13


Kathleen  Keno                            : Case No. 16-14357-amc
xxx-xx-8324


        Debtor


ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

        The future earnings of the above named debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

        IT IS THEREFORE ORDERED that the employer of the debtor shall
deduct from the wages of the debtor, beginning with the next pay
period after receipt of the Order the sum of

                $137.50 EVERY TWO WEEKS.

        The employer shall continue these deductions until further Order
of this Court and shall remit all monies withheld from the Debtor's
wages at least monthly, or more frequently to the Standing Trustee whose
name and address appear below

DATED: **September 5, 2018**
                                        _____
                                        HONORABLE ASHELY M. CHAN
                                        UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:                David M. Offen Esq.
William C. Miller, Trustee             Suite 160 West, Curtis Ctr.
P.O. Box 1799                          Philadelphia, PA 19106
Memphis, TN  38101-1799                (215) 625-9600

Payroll Controller
City of Philadelphia
1101 Market Street
Attention: Payroll
Philadelphia, PA 19107