FILED

MAY 28 2019

TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

IN RE:    KATHLEEN KENO            CASE NO:    16-14357

CHAPTER:    13

Debtor(s)

### NOTICE OF CLAIM SATISFACTION

As to Claim #1 filed on 07/06/2016, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

[05/24/2019]                    /s/Guerlin Bozieux
                                Bankruptcy Specialist
                                Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

### CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on [05/24/2019], I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.