### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathleen Keno<br>　　　　　　Debtor<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　v.<br>Kathleen Keno<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 16-14357 AMC |

### ORDER

AND NOW, this _____ day of _____, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 4, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1003 East Rittenhouse Street a/k/a 1003 Rittenhouse Street Philadelphia, PA 19138.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: December 19, 2019**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Kathleen Keno
1003 E. Rittenhouse Street
Philadelphia, PA 19138

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532