United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kathleen Keno
       Debtor

Case No. 16-14357-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Keith        Page 1 of 1        Date Rcvd: Dec 20, 2019
                       Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db            +Kathleen Keno,    1003 E. Rittenhouse Street,    Philadelphia, PA 19138-1802
cr            Wells Fargo Bank N.A.,    PO Box 19657,    Irvine, CA  92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:14:03      LVNV Funding LLC,
           c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
                                                         TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
         DAVID M. OFFEN    on behalf of Debtor Kathleen  Keno dmo160west@gmail.com,
      davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
      PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
      ecfemails@ph13trustee.com
         LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
      Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for The
      Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
      PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                              TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kathleen Keno<br>               Debtor<br>US BANK NATIONAL ASSOCIATION AS<br>TRUSTEE FOR PENNSYLVANIA HOUSING<br>FINANCE AGENCY<br>              v.<br>Kathleen Keno<br>              and<br>William C. Miller Esq.<br>                Trustee | Chapter 13<br><br>NO. 16-14357 AMC |

**<u>ORDER</u>**

AND NOW, this        day of       , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 4, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1003 East Rittenhouse Street a/k/a 1003 Rittenhouse Street Philadelphia, PA 19138.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: December 19, 2019**

_____
United States Bankruptcy Judge.

cc: See attached service list

Kathleen Keno
1003 E. Rittenhouse Street
Philadelphia, PA 19138

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532