```
United States Bankruptcy Court
Eastern District of Pennsylvania
```

In re:                                                                  Case No. 16-14357-amc
Kathleen Keno                                                           Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: John     Page 1 of 1     Date Rcvd: Jan 15, 2020
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.
db            +Kathleen Keno,    1003 E. Rittenhouse Street,    Philadelphia, PA 19138-1802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:10     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:
         DAVID M. OFFEN    on behalf of Debtor Kathleen  Keno dmo160west@gmail.com,
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
          PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
          ecfemails@ph13trustee.com
         LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
          Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for The
          Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
          PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                         TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Kathleen Keno | : | No. 16-14357-AMC |
| Debtor | : | |

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $1,000.00 are allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available.

DATED: January 15, 2020

HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire