IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :     CHAPTER 13
                                :
Kathleen Keno                   :     No. 16-14357-MDC
  Debtor                        :

O R D E R

AND NOW, this 18th day of August, 2020, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE