United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 16-14357-mdc
Kathleen Keno                                                 Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John            Page 1 of 1              Date Rcvd: Aug 18, 2020
                              Form ID: pdf900       Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
```
db            +Kathleen Keno,   1003 E. Rittenhouse Street,   Philadelphia, PA 19138-1802
              +City of Philadelphia,   attn: Payroll controller,   1101 Market Street,
               Philadelphia, PA 19107-2929
cr             Wells Fargo Bank N.A.,   PO Box 19657,   Irvine, CA  92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:12:00    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2020 04:11:35
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2020 04:11:52    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 04:12:30    LVNV Funding LLC,
               c/o Resurgent Capital Services,   P.O. Box 10587,   GREENVILLE, SC  29603-0587
13835260      +E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:12:00
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
                                                                                  TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Kathleen  Keno dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                  TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13
                                :
Kathleen Keno                   :        No. 16-14357-MDC
 Debtor                         :


O  R  D  E  R


AND NOW, this    18th     day of      August          , 2020, it is

hereby Ordered that the Wage Order in effect in the above

captioned matter be TERMINATED.



_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE